UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSIDRO HERNANDEZ,<br>    Plaintiff,<br>    v.<br>CDCR, et al.,<br>    Defendants. | Case No. 19-00401 BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 9) |

Plaintiff, a California inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against an employee at the Correctional Training Facility ("CTF") in Soledad. After an initial screening on May 13, 2019, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. (Docket No. 7.) An amended complaint was due within twenty-eight days from the date the order was filed, i.e., no later than June 10, 2019. (*Id.* at 5.)

Plaintiff has filed a motion for an extension of time to file an amended complaint due to limited access to the library. (Docket No. 9.) Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **no later than July 8, 2019**. This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: May 28, 2019

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Granting M. for Ext. of Time to File Am. Compl.
PRO-SE\BLF\CR.18\07221Fox_eot-ac